MEIERHENRY, Justice
(concurring in result).
[¶ 19.] I concur in result and agree that the language of the covenant prohibits the *214 use of a community dumpster. However, the third sentence of the provision rather than the first sentence creates the prohibition. The first sentence merely prohibits using one of the lots for dumping rubbish on the ground. Here, rubbish is not being dumped on the ground; it is stored on the lot in garbage containers. Thus, the facts do not fall within the first sentence’s prohibition. It is the third sentence in the provision that applies. The third sentence prohibits “outdoor storage of ... refuse.” The dictionary definition of refuse is “trash.” American Heritage Dictionary 1040 (2d ed. 1985). Consequently, trash cannot be stored outdoors. Since the community dumpster accumulates and stores trash outdoors on one of the lots, it violates the covenant.
[¶ 20.] ZINTER, Justice, joins this special writing.